UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60941-CIV-DIMITROULEAS

MATTHEW BENTLEY, as an individual,

    Plaintiff,

vs.

BANK OF AMERICA, N.A., a corporation
and BAC HOME LOANS SERVICING, L.P.,
a limited partnership,

    Defendants.
_____/

## ORDER CLOSING CASE

THIS CAUSE is before the Court upon the Order Granting Motion to Dismiss [DE-37], entered herein on March 23, 2011, wherein the Court dismissed Plaintiff's Complaint in its entirety and provided Plaintiff until April 4, 2011 to amend his Complaint. Plaintiff failed to amend his Complaint and, therefore, this action has been fully resolved.

Accordingly, it is **ORDERED AND ADJUDGED** that the Clerk is directed to **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 18th day of April, 2011.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Magistrate Snow
Counsel of Record